UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROSEANNE WAGNER,

    Plaintiff,

v.                                          Case No. 07-c-0609

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

### STIPULATION

The Plaintiff, ROSEANNE WAGNER, by and through her undersigned attorneys, Skolos, Millis & Matousek, S.C., and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA by and through its undersigned attorneys, Drinker Biddle & Reath LLP, stipulate as follows:

1. The Plaintiff and Defendant have settled the above-captioned legal matter and the terms of the settlement agreement shall be confidential;

2. Accordingly, the parties stipulate to the dismissal of this action with prejudice and without costs to any party.

Dated: 8/4/08

Dated: 8/1/08

SKOLOS, MILLIS & MATOUSEK, S.C.

*(signature)*

Rian W. Radtke
107 Main Street
P.O. Box 219
Black River Falls, WI 54614
(715) 284-9421
(715) 284-7531 fax
radtkelaw@centurytel.net

*Attorneys for Plaintiff*

DRINKER BIDDLE & REATH LLP

*(signature)*

Jason P. Gosselin
Katherine L. Villanueva
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-3371
Jason.Gosselin@dbr.com
Katherine.Villanueva@dbr.com

*Attorneys for Defendant*

## ORDER

Based on the above Stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party.

Dated: August 4, 2008

BY THE COURT:

*(signature)* Barbara B. Crabb